## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEVEN EASTER,

Petitioner,

v.

JAMES CROSS,

Respondent.                                   No. 11-CV-0443-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Report and Recommendation from United States Magistrate Judge Philip M. Frazier.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on August 27, 2012, the Report and Recommendation is adopted and this habeas petition pursuant to 28 U.S.C. §2241 is **DENIED.** Petitioner's claims are **DISMISSED** with prejudice.

**NANCY J. ROSENSTENGEL,**
**CLERK OF COURT**

BY:      **/s/*Sandy Pannier***
         **Deputy Clerk**

Dated: August 27, 2012

Digitally signed by
David R. Herndon
Date: 2012.08.27
15:26:22 -05'00'

APPROVED:
         CHIEF JUDGE
         U. S. DISTRICT COURT